UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>ABF FREIGHT SYSTEMS, INC.; ALAN RITCHEY, LTD.; BALDWIN DISTRIBUTION SERVICES, LTD; DEDICATED LOGISTICS LLC; FFE TRANSPORTATION SERVICES, INC.; GREATWIDE DISTRIBUTION LOGISTICS, LLC; HEB, INC.; JAMES HELWIG & SONS, L.P.; JAMES HELWIG & SONS, LLC; LONE STAR TRANSPORTATION LLC; PAN AMERICAN EXPRESS INC.; PARKWAY TRANSPORT INC.; ROYAL FREIGHT LP; SKINNER TRANSPORTATION INC.; STAN KOCH & SONS TRUCKING INC.; STEVENS TRANSPORT INC.; TEXAS STAR EXPRESS CORP.; TRUCKS FOR YOU INC.; WESTERN FLYER EXPRESS INC.<br><br>　　　　　　　　　Defendants. | Civil Action No 3:11-cv-00548-F |

**UNOPPOSED MOTION TO EXTEND TIME FOR CERTAIN
DEFENDANTS TO ANSWER THE COMPLAINT**

Defendants ALAN RITCHEY, INC.; BALDWIN DISTRIBUTION SERVICES,

LTD.; FFE TRANSPORTATION SERVICES, INC.; GREATWIDE DISTRIBUTION

LOGISTICS, LLC; HEB, INC.; JAMES HELWIG & SON, L.P.; JS HELWIG & SONS,

LLC; MELTON TRUCK LINES, INC.; PAN AMERICAN EXPRESS, INC.; PARKWAY

TRANSPORT, INC.; ROYAL FREIGHT, LP; SKINNER TRANSPORTATION, INC.;

1

STAN KOCH & SONS TRUCKING INC.; STEVENS TRANSPORT, INC.; TEXAS STAR EXPRESS CORP; TRUCKS FOR YOU, INC.; and WESTERN FLYER EXPRESS, INC. (collectively the "Moving Parties") respectfully move the Court for an order, pursuant to Rule 6(b) of the Federal Rules of Civil procedure, extending the time to serve an answer to the Complaint as set forth below.

1. Plaintiff commenced this action against the Moving Parties and other defendants by filing a Complaint with this Court on March 16, 2011.

2. The Moving Parties were served with the Complaint on July 8, 2011.

3. The current deadline for the Moving Parties to serve an answer to the Complaint is July 29, 2011.

4. On April 13, 2011, Qualcomm Incorporated filed a motion, pursuant to 28 U.S.C. § 1407, with the Judicial Panel on Multidistrict Litigation, seeking centralization of this action and all related actions in the District of Minnesota (the "Transfer Motion"). The Transfer Motion has been docketed as *In re Vehicle Tracking and Security System ('844) Patent Litigation*, MDL No. 2249 and is scheduled to be heard on July 28, 2011.

5. Accordingly, in the interests of judicial economy, the Moving Parties respectfully request that the Court extend the deadline for the Moving Parties to serve an answer until the earlier of (a) 45 days after the Judicial Panel on Multidistrict Litigation issues a decision on the Transfer Motion or (b) September 12, 2011.

6. Plaintiff does not oppose this motion and agrees to the extension of time as requested herein.

Dated: July 15, 2011

        Respectfully submitted,

        **BRACEWELL & GIULIANI LLP**

        /s/ Alan D Albright
            Alan D Albright
            Texas State Bar No. 00973650
            Alan.Albright@bgllp.com
            Bracewell & Giuliani LLP
            111 Congress Avenue, Suite 2300
            Austin, Texas 78701
            Tel: 512-472-7800
            Fax: 512-472-9123

*Counsel for Defendants - ALAN RITCHEY, INC.; BALDWIN DISTRIBUTION SERVICES, LTD.; FFE TRANSPORTATION SERVICES, INC.; GREATWIDE DISTRIBUTION LOGISTICS, LLC; HEB, INC.; JAMES HELWIG & SON, L.P.; JS HELWIG & SONS, LLC; MELTON TRUCK LINES, INC.; PAN AMERICAN EXPRESS, INC.; PARKWAY TRANSPORT, INC.; ROYAL FREIGHT, LP; SKINNER TRANSPORTATION, INC.; STAN KOCH & SONS TRUCKING INC.; STEVENS TRANSPORT, INC.; TEXAS STAR EXPRESS CORP; TRUCKS FOR YOU, INC.; and WESTERN FLYER EXPRESS, INC.*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing was served upon all counsel of record via the Court's Electronic Case File System on July 15, 2011.

                /s/Alan D Albright
                Alan D Albright

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| PJC LOGISTICS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ABF FREIGHT SYSTEMS, INC.; ALAN RITCHEY, LTD.; BALDWIN DISTRIBUTION SERVICES, LTD; DEDICATED LOGISTICS LLC; FFE TRANSPORTATION SERVICES, INC.; GREATWIDE DISTRIBUTION LOGISTICS, LLC; HEB, INC.; JAMES HELWIG & SONS, L.P.; JAMES HELWIG & SONS, LLC; LONE STAR TRANSPORTATION LLC; PAN AMERICAN EXPRESS INC.; PARKWAY TRANSPORT INC.; ROYAL FREIGHT LP; SKINNER TRANSPORTATION INC.; STAN KOCH & SONS TRUCKING INC.; STEVENS TRANSPORT INC.; TEXAS STAR EXPRESS CORP.; TRUCKS FOR YOU INC.; WESTERN FLYER EXPRESS INC. | ) ) ) ) ) ) ) ) ) Civil Action No 3:11-cv-00548-F ) ) ) ) ) ) ) ) ) |
| Defendants. | |

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME FOR CERTAIN DEFENDANTS TO ANSWER THE COMPLAINT

The Court having considered Defendants ALAN RITCHEY, INC.; BALDWIN DISTRIBUTION SERVICES, LTD.; FFE TRANSPORTATION SERVICES, INC.; GREATWIDE DISTRIBUTION LOGISTICS, LLC; HEB, INC.; JAMES HELWIG & SON, L.P.; JS HELWIG & SONS, LLC; MELTON TRUCK LINES, INC.; PAN AMERICAN EXPRESS, INC.; PARKWAY TRANSPORT, INC.; ROYAL FREIGHT, LP; SKINNER

TRANSPORTATION, INC.; STAN KOCH & SONS TRUCKING INC.; STEVENS TRANSPORT, INC.; TEXAS STAR EXPRESS CORP; TRUCKS FOR YOU, INC.; and WESTERN FLYER EXPRESS, INC . (collectively the "Moving Parties") motion for an extension of time to answer or otherwise plead in the reference action has merit. Accordingly, in the interests of judicial economy, the Moving Parties' motion to extend the deadline for the Moving Parties to serve an answer until the earlier of (a) 45 days after the Judicial Panel on Multidistrict Litigation issues a decision on the Transfer Motion or (b) September 12, 2011 is GRANTED.

Dated: _____  

_____  
Honorable United States District Court Judge Royal Furgeson